UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted May 24, 2006
Decided June 5, 2006

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

No. 05-1560

| | |
|---|---|
| JOSEPH L. WILLIAMS,<br>    Plaintiff-Appellant, | Appeal from the United States District<br>Court for the Northern District of<br>Indiana, South Bend Division. |
| *v.* | No. 02 C 247 |
| LARRY BROWN,<br>    Defendant-Appellee. | Robert L. Miller, Jr., *Chief Judge*. |

## O R D E R

We remanded the dismissal of this prisoner's civil rights case insofar as it charged one of the defendants, Nurse Brown, with reckless disregard of the plaintiff's medical condition (a rectal abscess). On remand, the district judge correctly found that there was no evidence of anything more than honest disagreement over the best way of treating the plaintiff's condition, and therefore the judge granted summary judgment for Brown.

AFFIRMED.